MARTIN v. HUBBARD.

Court of Appeals of Kentucky.

(Decided Nov. 27, 1934.)

STROTHER KISER for movant.

GEORGE W. VAUGHN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION v. BLOOM.

Court of Appeals of Kentucky.

(Decided Nov. 20, 1934.)

BRUCE & BULLITT and ROBERT LEE BLACKWELL for movant.

GORDON, LAURENT & OGDEN and GROVER G. SALES, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

GREGORY et al. v. KEETON.

Court of Appeals of Kentucky.

(Decided Dec. 4, 1934.)

W. C. DABNEY for movant.

J. C. DAVIS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.